### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**WELLS FARGO BANK, N.A.,**
**Successor by Merger to WACHOVIA BANK, N.A.**                    **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 1:11-cv-0254-LG-RHW**

**WINDFIELD S. SWETMAN, JR.**                                **DEFENDANT**

### DEFAULT JUDGMENT

This action came on for hearing on motion of the Plaintiff for Default Judgment as to Defendant Windfield S. Swetman, Jr., pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure.  This Court finds that the motion is well-taken and is hereby granted.

**IT IS ORDERED** that the Plaintiff Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A., is awarded a judgment in the amount of $109,996.46, plus attorney's fees and costs of $3,816.89, for a total judgment of $113,813.35.

**IT IS ORDERED** that the post-judgment interest rate with regard to $79,217.38 owed under the June 20, 2006 Promissory Note, as modified, shall be 4.75 percent per annum; the post-judgment interest rate with regard to $30,779.08 owed under the November 30, 2006 Promissory Note, as modified, shall be 6.25 percent per annum; and the post-judgment interest rate on the award of attorney's fees and costs of $3,816.89 shall be 6.25 percent per annum.

**IT IS FURTHER ORDERED** that in the event Plaintiff is required to collect this judgment by means of levy, garnishment or other form of execution, attorneys' fees and other costs reasonably incurred by Plaintiff shall be added to and become a part of this judgment.

**SO ORDERED AND ADJUDGED** this the 25th day of August, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE


Submitted by:

s/ Kevin A. Rogers
Counsel for Wells Fargo Bank, N.A.

**WELLS MARBLE & HURST, PLLC**
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi  39157
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone:     (601) 605-6900
Facsimile:      (601) 605-6901
krogers@wellsmar.com